UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFREICI PERALTA,

                Plaintiff,

-v-

PCS USA LLC and LOUIS VAN LEEUWEN,

                Defendants.

CIVIL ACTION NO. 22 Civ. 9312 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the parties' request that the undersigned endorse a redacted copy of their settlement agreement (the "Agreement"). (ECF No. 59 (the "Request")). As the Court advised the parties during the July 17, 2024 telephone conference, the Order of Reference in this action is limited to settlement (see ECF No. 47) and the parties have not yet consented to Magistrate Judge jurisdiction for all purposes. See 28 U.S.C. § 636(c)(1). The parties are reminded that, if they wish for the Court to retain jurisdiction to enforce the Agreement, they must either (i) file an unredacted version of the Agreement for the endorsement of the Honorable Jessica G.L. Clarke (see Ind. Pracs. of the Hon. Jessica G.L. Clarke, ¶ 6.a), or (ii) consent to the jurisdiction of the undersigned for all purposes, including the resolution of the Request, which involves the parties promptly filing a completed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

Dated:    New York, New York
            August 7, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**