UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFREICI PERALTA,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 22 Civ. 9312 (SLC)

PCS USA LLC and LOUIS VAN LEEUWEN,      **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court received a letter from Defendant Louis Van Leeuwen ("Letter"), which was docketed temporarily under seal because it contains potentially sensitive financial or personal information. (ECF No. 67). Although the Court received Defendants' counsel's letter (ECF No. 66), they have not sought, and the Court has not granted, a motion for them to withdraw as counsel. Accordingly, on or before **November 1, 2024**, Defendants' counsel shall review the Letter and file it on the public docket with any appropriate redactions that omit personally sensitive information.

Moreover, Plaintiff's request for a telephone conference is **GRANTED**. (ECF No. 65). A telephone conference is scheduled for **Wednesday, November 6, 2024 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           October 28, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge