UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFREICI PERALTA,

                Plaintiff,

-v-

PCS USA LLC and LOUIS VAN LEEUWEN,

                Defendants.

CIVIL ACTION NO. 22 Civ. 9312 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone conference held today, November 6, 2024, it is ORDERED that Plaintiff shall file a letter by **December 6, 2024**, setting forth the status of the parties' compliance with the settlement agreement in this matter and whether either party intends to engage in further motion practice.

Dated:      New York, New York
             November 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**