UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAFREICI PERALTA,

                        Plaintiff,

-v-

PCS USA LLC and LOUIS VAN LEEUWEN,

                        Defendants.

CIVIL ACTION NO. 22 Civ. 9312 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants PCS USA LLC and Louis Van Leeuwen were directed to file a notice setting forth whether they have retained new counsel or intend to proceed pro se by February 14, 2025. (ECF No. 76). They have not done so.

Additionally, Defendants' response to Plaintiff's Motion to Enforce Settlement Agreement was due on February 18, 2025. (See ECF No. 78 (the "Motion")). Defendants have not filed a response.

As a one-time courtesy, the Court sua sponte extends the deadline for Defendants to (i) file a letter setting forth whether they have retained new counsel or intend to proceed pro se, and (ii) file a response to the Motion up to and including **March 6, 2025**.

**Defendants are warned that failure to file a response to the Motion will result in the Court ruling on the Motion based on Plaintiff's submission and the parties' settlement agreement alone.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants and add Defendants' contact information to the docket as follows:

Louis Van Leeuwen
26 Rippowam Road
Cos Cob, CT 06807
louis@tulipcooking.com

PCS USA LLC
c/o Louis Van Leeuwen
26 Rippowam Road
Cos Cob, CT 06807
louis@tulipcooking.com

(See ECF No. 77).

Dated:     New York, New York
           February 20, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge