Louis Van Leeuwen
26 Rippowam Road
Cos Cob, CT 06807

Monday, March 3, 2025

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
800 Pearl Street
New York, NY 10007

22-cv-09312-SLC
Peralta v. PCS USA LLC et al

Dear Judge Cave,

I'd like to apologize to you and the Court. I know ignorance of the law is no excuse, but I did not realize that I needed to submit a formal request and that it the reason there I did not respond. I can assure you that it was not intended to be disrespectful to the Court or yourself in any way. Thank you for the courtesy extended to me.

I will represent myself as I have no funds to retain a lawyer. Thus I will have to proceed pro se.

Regarding the Motion to Enforce Settlement Agreement, I have no funds available to be able to do so. I will be 82 years old this month will most likely be filing for personal bankruptcy shortly. My wife and I are living from our social security with some financial support from my children.

Regarding PCS USA LLC, this entity has been dissolved.  Tulp Cooking LLC is being dissolved as it is insolvent.

Please be assured that I will comply fully with the Court as deemed necessary.

Respectfully,

Louis Van Leeuwen

Cc: Ms. Lazarus, Ms. Pearlman, Ms. Concannon