UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAFREICI PERALTA,

                        Plaintiff,

      -against-                                        22 **CIVIL 9312 (SLC)**

                                                      **JUDGMENT**

PCS USA LLC and LOUIS VAN LEEUWEN,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated March 12, 2025, the Motion is GRANTED, and judgment is entered in favor of Peralta and against Defendants in the amount of $44,140.82, consisting of $44,000 owed on the principal balance under the Settlement Agreement and $140.82 in interest accrued on past-due installment payments, plus post-judgment interest pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated:** New York, New York

       March 12, 2025

                                                     TAMMI M HELLWIG
                                                        Clerk of Court

                     **BY:** _____
                                                             **Deputy Clerk**